UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

D.C. and J.C., Parents and Next Friends of A.C., )
)
      Plaintiffs, )
)    1:11-cv-453- SEB-DKL
vs. )
)
CENTER GROVE COMMUNITY SCHOOL )
CORPORATION, )
)
      Defendant. )

## ORDER GRANTING DEFENDANT'S MOTION TO STRIKE PLAINTIFFS' SECOND AMENDED COMPLAINT

The Court has considered Defendant's Motion to Strike Plaintiffs' Second Amended Complaint, Plaintiffs' response thereto, and Defendant's reply. Having done so, the Court finds that Defendant's motion is meritorious. Defendant is correct: Plaintiffs should not have filed a Second Amended Complaint without first seeking leave to do so in accordance with Fed. R. Civ. P. 15(a) and Local Rule 15.1.

Plaintiffs urge the Court to excuse their failure. They assert that the only difference between the Amended Complaint and the Second Amended Complaint is that the word "bias" has been changed to the phrase "appearance of bias."[1] Plaintiffs explain that this change was made "to more accurately state [their] position [and] in no way prejudices Defendants [sic]."[2] They suggest that

---

[1] We observe several other changes within Plaintiffs' proffered Second Amended Complaint, including but not limited to the entire re-wording of paragraphs 34 and 40.

[2] Defendant contends that it is, indeed, prejudiced by the filing of Plaintiffs' Second Amended Complaint and further asserts that Plaintiffs' Second Amended Complaint does not cure the defects in Plaintiffs' prior pleading. Because the Court strikes Plaintiffs' Second Amended Complaint for Plaintiffs' failure to comply with Fed. R. Civ. P. 15(a) and Local Rule

because leave to amend a pleading is to be freely given, their failure to seek leave before filing the Second Amended Complaint is insignificant.

It is true that leave to amend a pleading is to be freely given when justice so requires, but the failure to seek leave is not insignificant. Fed. R. Civ. P. 15(a)(2). "A party may amend its pleading as a matter of course only once. No subsequent amendments, not even technical ones, are allowed without leave of court, regardless of when the party seeks to amend." 3 James Wm. Moore, et al., Moore's Federal Practice ¶ 15.10[3] (3d ed. 2010) (citing <u>Perkins v. Silverstein</u>, 939 F.2d 463, 471 (7th Cir. 1991) and <u>Rogers v. Lincoln Towing Serv.</u>, 771 F.2d 194, 203 (7th Cir. 1985)).

Defendant's Motion to Strike filed at Docket No. 38 is **GRANTED**. The Clerk shall cause the docket to reflect that Plaintiffs' Second Amended Complaint filed at Docket No. 34 is **STRICKEN**. If Plaintiffs wish to file a second amended complaint, then they must file a motion in accordance with Fed. R. Civ. P. 15(a)(2) and Local Rule 15.1, for which purpose they shall have through and including <u>September 1, 2011</u>, to do so.

IT IS SO ORDERED.

Date: 08/22/2011

*[signature: Sarah Evans Barker]*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Alexandra Marie Curlin
THE CURLIN LAW OFFICE
amcurlin@curlinlaw.com

Karen G. Sharp
BOSE MCKINNEY & EVANS, LLP
ksharp@boselaw.com

---

15.1, the Court need not decide those issues.